**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JOLEEN DELGADO,

                            Plaintiff,

        -against-                              25 **CIVIL** 2189 (KMW)

                                                 <u>**JUDGMENT**</u>

THE PEOPLE OF THE STATE OF NEW YORK;
ROCKLAND COUNTY COURT; HON. KEVIN F.
RUSSO,

                         Defendants.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated June 10, 2025, the Court has dismissed the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), as barred by the *Younger* abstention doctrine, the Eleventh Amendment, and the doctrine of judicial immunity, and for failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). The Court has declined to exercise supplemental jurisdiction over any state law claims Plaintiff may be asserting. *See* 28 U.S.C. § 1367(c)(3).  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

        June 10, 2025

                                      **TAMMI M. HELLWIG**
                                   _____
                                      **Clerk of Court**

               **BY:**          K. Mango

                                   _____
                                      **Deputy Clerk**